1
2
3
4
**UNITED STATES DISTRICT COURT**
5
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
6
7 **UNITED STATES OF AMERICA,**            **1:10-cr-00316 LJO**

8              **Plaintiff,**               **ORDER DENYING REQUEST FOR COUNSEL IN CONNECTION WITH SENTENCE REDUCTION REQUEST (Doc. 49).**
9                 **v.**
10 **FRANCISCO RODRIGUEZ,**
11              **Defendant.**
12
13
14        On July 22, 2016, the Court received a communication from Defendant, dated July 16, 2015,
15 requesting representation in connection with a motion to reduce his sentence pursuant to 18 U.S.C. §
16 3582(c)(2) ("Seciton 3582"). Doc. 49. Specifically, Defendant invokes Amendment 782 to the United
   States Sentencing Guidelines. *Id.*
17
        Defendant, through his counsel, Yan E. Shrayberman, previously submitted a Section 3582
18 sentence reduction motion on December 23, 2014. Doc. 44. In a January 7, 2015 Order, that motion was
19 denied on the merits because Defendant was sentenced to the statutory mandatory minimum sentence
20 (120 months) applicable to the charge to which he pled guilty and Amendment 782 has not reduced the
21 guideline range applicable to Defendant's case. *See* Doc. 47.
22
        Defendant's July 16, 2015 letter raises no new issues and presents no new grounds for relief.
23 Accordingly, to the extent Defendant is requesting participation of the Federal Defender in his case, any
24 such request is DENIED because any renewed Section 3592 motion would be futile for the reasons set
25

1

forth in the January 7, 2015 Order. To the extent Defendant's July 16, 2015 letter may be construed as a renewed motion for a reduction in his sentence pursuant to Section 3582, any such motion must be DENIED for the same reasons.

The Clerk of Court is directed to serve this Order and a copy of the January 7, 2015 Order on Defendant at his address of record.

IT IS SO ORDERED.

Dated:   **July 30, 2015**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE